IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY L. HARP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No. **04-951-MJR** |
| **CHARTER COMMUNICATIONS, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the Motion to Withdraw as Attorney for Defendant **(Doc. 24)** is **GRANTED**.

Amy Clendennen is granted leave to withdraw her appearance as counsel for defendant.

Charles M. Poplstein and Krissa P. Lubben remain as counsel for defendant.

**IT IS SO ORDERED.**

DATE: December 19, 2005.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**